# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Jesus Herrera Dominguez,<br>a.k.a.: Carlos Nava Gamez,<br>(A 088 763 269)<br>*Defendant* | )<br>)<br>) Case No. 16-6454MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 10, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Jesus Herrera Dominguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about February 22, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a) and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Luis E. Teran,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 31, 2016

*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Luis E. Teran, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 10, 2016, Jesus Herrera Dominguez was booked into the Maricopa County Jail (MCJ) by the Mesa Police Department on local charges. While incarcerated at the MCJ, Herrera Dominguez was examined by ICE Officer B. Hall who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On October 29, 2016, Herrera Dominguez was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Herrera Dominguez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Jesus Herrera Dominguez to be a citizen of Mexico and a previously deported criminal alien. Herrera Dominguez was removed from the United States to Mexico through Del Rio, Texas, on or about February 22,

1

2010, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Herrera Dominguez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Herrera Dominguez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Jesus Herrera Dominguez was convicted of Possession of Drug Paraphernalia, a felony offense, on May 20, 2009, in the Superior Court of Arizona, Maricopa County. Herrera Dominguez was sentenced to eighteen (18) months' probation. Herrera Dominguez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 29, 2016, Jesus Herrera Dominguez was advised of his constitutional rights. Herrera Dominguez freely and willingly agreed to provide a statement under oath. Herrera Dominguez stated that his true and complete name is Jesus Herrera Dominguez and that he is a citizen of Mexico.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 10, 2016, Jesus Herrera Dominguez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

at or near Del Rio, Texas, on or about February 22, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Luis E. Teran,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 31st day of October, 2016.

_____
David K. Duncan,
United States Magistrate Judge